IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY D. LAWSON,

      Plaintiff,                                     No. CIV S-11-1163 KJM-KJN

   vs.

CITICORP TRUST BANK, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        On May 2, 2011, plaintiff, proceeding pro se, filed a complaint with this court seeking to set aside and void the foreclosure of her home and requesting other forms of relief. (ECF 1.) On the same day, plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF 2.) In the motion, plaintiff did not state the date of the foreclosure sale. Accordingly, the court ORDERS as follows:

        1) plaintiff is ORDERED to notify the court within three (3) days of the date on which the foreclosure is scheduled; and

        2) plaintiff is ORDERED, within twenty-four hours of being served with this order, to provide notice to defendants Citicorp Trust Bank; CR Title Services, Inc.; Primerica Financial Services; Timothy Geithner; and Eric Holder of the motion for a temporary restraining order and preliminary injunction. Such notice shall comply with Local Rule 231, which states:

1

1   "Except in the most extraordinary of circumstances, no temporary restraining order shall be
2   granted in the absence of actual notice to the affected party and/or counsel, by telephone or other
3   means, or a sufficient showing of efforts made to provide notice. [] Appropriate notice would
4   inform the affected party and/or counsel of the intention to seek a temporary restraining order . . .
5   and the nature of the relief to be requested."

6         IT IS SO ORDERED.

7   DATED: May 2, 2011.

                                              UNITED STATES DISTRICT JUDGE