IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY D. LAWSON,

      Plaintiff,                               No. CIV S-11-1163 KJM-KJN

    vs.

CITICORP TRUST BANK; et al.,

      Defendants.                 <u>ORDER</u>

_____/

        On May 2, 2011, plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF 2.) On that same day, the court issued an order directing plaintiff to 1) notify the court within three days of the date on which the foreclosure sale is scheduled and 2) provide notice to defendants of the motion for a temporary restraining order and preliminary injunction within twenty-four hours of being served with the court's order. (ECF 6.) Plaintiff has not complied with the court's order.

        Local Rule 231 states: "Except in the most extraordinary of circumstances, no temporary restraining order shall be granted in the absence of actual notice to the affected party and/or counsel . . . ." The court does not find such extraordinary circumstances here.

/////

/////

1

1  Accordingly, plaintiff's motion for a temporary restraining order and preliminary injunction is
2  DENIED.
3          IT IS SO ORDERED.
4  DATED: May 12, 2011.

                                      UNITED STATES DISTRICT JUDGE