IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY D. LAWSON,

        Plaintiff,                          No. CIV-S-11-1163-KJM-KJN-PS

    vs.

CITICORP TRUST BANK, et al.,

        Defendants.                 ORDER

_____/

        On June 27, 2011, the magistrate judge assigned to this case filed findings and recommendations regarding plaintiff's second application for a temporary restraining order. (ECF 13.) The magistrate judge recommended that the application be denied on procedural grounds, but permitted plaintiff to file a third application for emergency relief prior to the resolution of the findings and recommendations entered on June 27, 2011. Plaintiff did not file objections to the June 27, 2011 findings and recommendations, but filed a third application for emergency relief on July 8, 2011, which sought the same relief as the second such application. The undersigned denied plaintiff's third application on the merits. (Order, July 11, 2011, ECF 22.)

////

////

1

1    In light of the denial of plaintiff's third application for emergency relief on the
2 merits, the proposed findings and recommendations filed on June 27, 2011 are moot and the court
3 need not reach their merits. Accordingly, the Clerk of the Court is directed to terminate the
4 findings and recommendations on these grounds.
5 DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

26 laws1163.jo.tro