IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY D. LAWSON,

     Plaintiff,                    No. 2:11-cv-01163 KJM KJN PS

     v.

CITICORP TRUST BANK, FSB, et al.,

     Defendants.              RESPONSE TO "REQUEST OF STATUS"

        On November 22, 2011, plaintiff filed a document entitled "Petitioner's Request of Status" (Dkt. No. 32), which appears to seek a status update from the court regarding a motion for leave to amend that plaintiff filed on August 15, 2011 (Dkt. No. 27).[1]  The court denied plaintiff's motion for leave to amend her complaint on August 23, 2011.  (Minute Order, Aug. 23, 2011, Dkt. No. 29.)  Noting that proposed findings and recommendations recommending the dismissal of plaintiff's entire action with prejudice had already been entered at the time plaintiff filed her motion for leave to amend, the court's order states:

> In light of the pending findings and recommendations [Docket No. 25], plaintiff's motion to amend [Docket No. 27] is DENIED.  If any of plaintiff's claims remain after resolution of the findings and

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

        recommendations by the district judge, plaintiff may re-file her motion to amend.

(<u>Id.</u>) Because the proposed findings and recommendations are still pending, there is no present need to revisit plaintiff's motion for leave to amend.

DATED:  December 1, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE