## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TRACY D. LAWSON,**

CASE NO: **2:11−CV−01163−KJM −KJN**

v.

**CITICORP TRUST BANK, ET AL.,**

---

<u>**XX**</u> **−− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 29, 2012**

by: /s/ A. Kastilahn
Deputy Clerk